UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE PEOPLES BANK, AS SUCCESSOR TO LIMESTONE BANK, DATA BREACH LITIGATION, | Case No. 2:23-cv-03043-MHW-EPD<br><br>Judge Michael H. Watson<br>Magistrate Judge Elizabeth P. Deavers |

## JOINT NOTICE OF SETTLEMENT

Plaintiffs Latasha Brooks, Michael Brooks, Earl Blankenship, Stephen McDonald, and Cheryl Barefoot ("Plaintiffs") and Defendant Peoples Bank, as successor to Limestone Bank, Inc., ("Defendant," collectively with Plaintiffs, the "Parties"), jointly notify the Court that they have reached a class-wide settlement in this case through mediation with former United States Magistrate Judge David C. Jones.

The Parties are in the process of preparing the settlement documents and related filings necessary for preliminary approval of the proposed class settlement. The parties anticipate seeking approval of the notice plan and preliminary approval of the proposed class settlement within 60 days.

Dated: September 30, 2023

Respectfully submitted,

/s/ Christopher A. Wiech (by email authority)
Christopher A. Wiech
(*Admitted Pro Hac Vice*)
Chelsea M. Lamb
(*Admitted Pro Hac Vice*)
**BAKER & HOSTETLER LLP**
1170 Peachtree Street NE, Suite 2400
Atlanta, GA 30309-7676
Telephone: (404) 459-0050
Facsimile: (404) 459-5734
clamb@bakerlaw.com
cwiech@bakerlaw.com

/s/ Terence R. Coates
Terence R. Coates (0085579)
Spencer D. Campbell (103001)
**MARKOVITS, STOCK, & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, Ohio 45202
Telephone: (513) 651-3700
Facsimile: (513) 665-0219
*tcoates@msdlegal.com*
*scampbell@msdlegal.com*

| | |
|---|---|
| Jennifer L. Brumfield (0101553) | Philip Krzeski (0095713) |
| **BAKER & HOSTETLER LLP** | **CHESTNUT CAMBRONNE PA** |
| 312 Walnut Street, Suite 3200 | 100 Washington Avenue South, Suite 1700 |
| Cincinnati, Ohio 45202-4074 | Minneapolis, MN 55401 |
| Telephone: (513) 929-3400 | Phone: (612) 339-7300 |
| Facsimile: (513) 929-0303 | Fax: (612) 336-2940 |
| jbrumfield@bakerlaw.com | *pkrzeski@chestnutcambronne.com* |
| *Attorneys for Defendant Peoples Bank, as successor to Limestone Bank, Inc.* | *Interim Class Counsel* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 30th day of September 2024, the foregoing was served upon all parties by being filed electronically with the Court's electronic-filing system, in accordance with Fed. R. Civ. P. 5(b)(2)(E).

/s/ Terence R. Coates
Terence R. Coates (0085579)

2