UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Latasha Brooks, *et al.*,

    Plaintiff,

v.

Peoples Bank, *as successor by merger to Limestone Bank, Inc.*,

    Defendants.

Case No. 2:23-cv-3043

Judge Michael H. Watson

Magistrate Judge Deavers

## ORDER

The Parties report that they have reached a classwide settlement agreement. The Parties are preparing settlement documents and the filings necessary for preliminary approval of the proposed class settlement. The Parties are **ORDERED** to move for preliminary approval of the proposed class settlement by **December 20, 2024, at 5:00 p.m.**, or otherwise file a joint status report by that date.

IT IS SO ORDERED.

*/s/ Michael H. Watson*
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT