# EXHIBIT 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE PEOPLES BANK, AS SUCCESSOR TO LIMESTONE BANK, DATA BREACH LITIGATION | Case No.: 2:23-CV-03043-MHW-EPD<br><br>Judge Michael H. Watson<br>Magistrate Judge Elizabeth P. Deavers |

**DECLARATION OF CARLA A. PEAK REGARDING SETTLEMENT NOTICE PLAN**

I, Carla Peak, declare as follows:

1. My name is Carla Peak. I have personal knowledge of the matters set forth herein. I am a Vice President of Legal Notification Services for Verita Global, LLC ("Verita") f/k/a KCC Class Action Services, LLC or KCC, the proposed Settlement Administrator to be appointed in the above-captioned case. I am over 21 years of age and am authorized to make this declaration on behalf of Verita and myself.

2. Verita is a firm that provides comprehensive class action services, including claims administration, legal notification, email and postal mailing campaign implementation, website design, call center support, class member data management, check and voucher disbursements, tax reporting, settlement fund escrow and reporting, and other related services critical to the effective administration of class action settlements. Our experience includes many of the largest and most complex settlement administrations of both private litigation and of actions brought by state and federal government regulators. Verita has been retained to administer more than 10,000 class actions and distributed settlement payments totaling well over a trillion dollars in assets.

1

3. The purpose of this declaration is to provide information related to Verita's qualifications and experience, as well as to detail the proposed notice plan (the "Notice Plan") designed to provide notice to class members for this class action settlement.

## BACKGROUND AND EXPERIENCE

4. Verita has administered class action administrations for such defendants as HP-Compaq, LensCrafters, United Parcel Service, Ford, Mitsubishi, Nissan, Whirlpool, ATI Video Cards, and Twentieth Century Fox.

5. Verita has administered class action settlements in thousands of cases, including a variety of data breach matters. Some data breach case examples which Verita has been involved with include: *Braun v. VisionQuest Eyecare, PC, et al.*, 49D07-1705-PL-020189 (Ind. Super. Ct.); *Carroll v. Macy's Inc. et al.*, No. 2:18-cv-01060-RDP (N.D. Ala.); *Cochran v. Burgerville LLC*, No. 18-cv-44864 (C. Ct. Ore); *Debaeke v. St. Joseph Health System, et al.*, No. JCCP 4716 (Cal. Super. Ct.); *Elvey v. TD Ameritrade, Inc.*, No. C 07 2852 VRW (N.D. Cal.); *Experian Data Breach Litig.*, No. 8:15-cv-01592 AG (DFMx) (C.D. Cal.); *Groveunder v. Wellpoint*, No. JCCP 4647 (Cal. Super. Ct.); *In re Anthem, Inc. Data Breach Litig.*, No. 5:15-MD-02617-LHK (N.D. Cal.); *In re Arby's Restaurant Group, Inc. Data Security Litig.*, No. 18-mi-55555-AT (N.D. Ga.); *In re LinkedIn User Privacy Litig.*, No. 12-cv-03088-EJD (N.D. Cal.); *In re Medical Informatics Engineering, Inc. Customer Data Security Breach Litig.*, No. 15-md-2667 (N.D. Ind.); *In re Yapstone Data Breach Litig.*, 15-cv-04429-JSW (N.D. Cal.); *Lozanski v. The Home Depot Inc. Canada*, No. 14-51262400CP (Ontario Superior Court of Justice, Canada); *Paras v. Dental Care Alliance, LLC*, No. 22-ev-000181 (Futlon Cty., Ga.); *Ramsey v. 41 E. Chestnut Crab Partners, LLC, et al.*, No. 2019-CH-2759 (Ill. Cir. Ct.); *Saenz v. SEIU United Healthcare Workers-West*, No. RG09478973 (Cal. Super. Ct.); *Shurtleff v. Health Net of California, Inc.*, No. 34-2012-

00121600 (Cal. Super. Ct.); *Sonic Corp Customer Data Security Breach Litig.*, No. 1:17-md-02807 (N.D. Ohio); *Storm v. Paytime, Inc.*, No. 14-cv-01138 (M.D. Pa.); *The Home Depot, Inc. Customer Data Security Breach Litig.*, No. 1:14-md-02583 (N.D. Ga.); *Torres v. Wendy's International, LLC*, No. 6:16-cv-00210-PGB-DCI (M.D. Fla.); and *Winstead v. ComplyRight, Inc.*, No. 18-cv-4990 (N.D. Ill.).

6. If the Court grants the Plaintiffs' Motion for Preliminary Approval of the Settlement, and Verita is appointed as the Settlement Administrator by the Court in this matter, Verita is prepared to, capable of, and willing to implement the Notice Plan described below.

## NOTICE PLAN

### *Overview*

7. The proposed Notice Plan utilizes individual notice to all identifiable Settlement Class Members. It is my understanding the Settlement Class consists of approximately 47,590 Settlement Class Members, all of which can be provided with direct notice.

### *Class Definition*

8. The Notice Plan is designed to provide notice to the following: all persons Defendant identified as being among those individuals impacted by the Security Incident, including all who were sent a notice of the Security Incident.

9. The Settlement Class consists of approximately 47,590 individuals (the "Settlement Class").

### *Individual Notice*

10. The Settling Parties will provide Verita with a list of the names and last-known postal addresses of approximately 47,590 Settlement Class Members (the "Class List").

3

11. A double-postcard Short Notice with detachable Claim Form will be mailed to all Settlement Class Members for whom a postal address is provided on the Class List.

12. Prior to mailing, the addresses will be checked against the National Change of Address (NCOA)[1] database maintained by the United States Postal Service (USPS); certified via the Coding Accuracy Support System (CASS);[2] and verified through Delivery Point Validation (DPV).[3]

13. Notices returned by USPS as undeliverable will be re-mailed to any address available through postal service forwarding order information. For any returned mailing that does not contain an expired forwarding order with a new address indicated, Verita will conduct further address searches using credit and other public source databases to attempt to locate new addresses and will re-mail these notices, if applicable.

*Response Mechanisms*

14. Verita will establish and maintain a case-specific website (the "Settlement Website") to allow Settlement Class Members to obtain additional information and documents about the Settlement and file a Claim Form online. Settlement Class Members will also be able to view important dates, answers to frequently asked questions, the Long Notice (in both English and Spanish), Preliminary Approval Order, Settlement Agreement, and other relevant settlement and court documents. The Settlement Website shall also include a toll-free telephone number,

---

[1] The NCOA database contains records of all permanent change of address submissions received by the United States Postal Service ("USPS") for the last four years. The USPS makes this data available to mailing firms and lists submitted to it are automatically updated with any reported move based on a comparison with the person's name and last known address.

[2] Coding Accuracy Support System is a certification system used by the USPS to ensure the quality of ZIP+4 coding systems.

[3] Records that are ZIP+4 coded are then sent through Delivery Point Validation to verify the address and identify Commercial Mail Receiving Agencies. DPV verifies the accuracy of addresses and reports exactly what is wrong with incorrect addresses.

4

email address, and mailing address though which Settlement Class Members may contact the Settlement Administrator directly.

15. Verita will establish and maintain a case-specific toll-free number to allow Settlement Class Members to call and receive responses to settlement-related inquiries.

16. Verita will establish a case-specific email address to allow Settlement Class Member correspondence.

17. Verita will establish and maintain a Post Office Box or other mailing address for mailed written notifications of Opt-Outs from the Settlement Class.

### *Administrative Costs*

18. VERITA reasonably estimates that its settlement administration and notice services for this matter will be approximately $95,000 based on the scope of work currently projected.

### **NOTICE DESIGN**

19. The Long Notice has been designed to be noticeable, clear and concise, and written in plain, easily-understood language.

20. The design and content are consistent with the Federal Judicial Center's "illustrative" forms of model plain language notice, available at www.fjc.gov.

21. Legal significance is highlighted to ensure recipients that the communication carries legitimate information from the Court and not commercial advertising.

22. The notice is written in concise plain language without "legalese" to enhance comprehension.

23. The content of the Notice includes all critical information in a simple format.

24. The case-specific mailing address, website, toll-free number, and email address invite response, allowing Settlement Class Members the opportunity to obtain additional information.

## CONCLUSION

25. In Verita's experience, the Notice Plan proposed for this case is consistent with other settlement notice programs. The expected reach of the Notice Plan is also consistent with other effective court-approved settlement notice programs and is designed to meet due process requirements. The Federal Judicial Center's *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide* considers 70-95% reach among class members to be a "high percentage" and reasonable.

26. The Notice Plan will provide the best notice practicable under the circumstances of this case, conforms to all aspects of Fed. R. Civ. P. 23, and comports with the guidance for effective notice articulated in the Manual for Complex Litigation.

27. In my opinion, the Notice Plan, if implemented, will provide the best notice practicable under the circumstances of this case.

## CERTIFICATION

I, Carla A. Peak, declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of January, 2025, at Ocean City, New Jersey.

*[signature: Carla Peak]*

Carla Peak